1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10                              WESTERN DIVISION

11   **ALDEN A. THOMAS,**               )
                                        )
12                  **Petitioner,**     ) **Case No. CV 08-5600-DSF(AJW)**
                                        )
13             **v.**                   )
                                        )
14   **JAMES D. HARTLEY, Warden,**      ) **JUDGMENT**
                                        )
15                  **Respondent.**     )
     _____)

16

17       It is hereby adjudged that the petition for a writ of habeas

18   corpus is denied.

19
     Dated:8/14/09
20

21                                      _____
                                        Dale S. Fischer
22                                      United States District Judge

23

24

25

26

27

28